JULIA SARNER, PLAINTIFF, v. SIDNEY SARNER, DEFENDANT.

IN THE MATTER OF SIDNEY SARNER, CHARGED WITH CONTEMPT, APPELLANT.

Argued December 15, 1958—Decided January 5, 1959.

See also 45 *N. J. Super.* 216, 132 *A. 2d* 28, certification denied 25 *N. J.* 103, 135 *A. 2d* 59.

524

*Mr. Aaron W. Nussman* argued the cause for the appellant (*Messrs. Back, Nussman & Rose,* attorneys).

*Mr. James A. Major* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge CONFORD in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices HEHER, WACHENFELD, BURLING, JACOBS, FRANCIS and PROCTOR—7.

*For reversal*—None.